EDWARD B. MOORE, Respondent, *v.* ISAAC A. COOLEY, Appellant.

*Moore* v. *Cooley,* 88 Hun, 66, affirmed.
(Argued June 14, 1898; decided October 4, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fifth judicial department, entered July 15, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict and two orders, one denying a motion for a new trial, the other granting a motion to treble the verdict.

*Frank H. Robinson* for appellant.

*A. M. Burrell* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.